IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DENNIS MICHAEL PICKLE,

   Petitioner,

    v.

DARLENE DRU WARDEN,

   Respondent.

CIVIL ACTION FILE
NO. 1:13-CV-2386-TWT

## ORDER

This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 4] of the Magistrate Judge recommending transferring the action to the District of New Hampshire. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is TRANSFERRED to the District of New Hampshire.

SO ORDERED, this 15 day of November, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\13\Pickle\13cv2386\r&r.wpd